UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.J.B. individually and on behalf of I.J.B., a child with a disability,

          Plaintiffs,

-against-

NORTH ROCKLAND CENTRAL SCHOOL DISTRICT,

          Defendant.

**ORDER**

22-CV-08474 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Clerk of Court is respectfully directed to strike Doc. 9 from the docket. The parties are directed to meet and confer by May 10, 2023 regarding the Rule 56.1 Statement of Material Facts and the failure to comply with Rule 4(E)(v) of this Court's Individual Practices.

                              SO ORDERED.

Dated:   White Plains, New York
         May 3, 2023

                              _____
                              PHILIP M. HALPERN
                              United States District Judge