UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
L.J.B., individually and on behalf of I.J.B., a child with a disability,

                          Plaintiff,                        22 **CIVIL** 8474 (PMH)

      -against-                              **<u>JUDGMENT</u>**

NORTH ROCKLAND CENTRAL SCHOOL DISTRICT.

                        Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 15, 2024, the SRO appropriately found that the District offered I.J.B. a FAPE, and accordingly, Plaintiff's motion for summary judgment is DENIED and summary judgment is GRANTED to Defendant.

**Dated:** New York, New York
          May 28, 2024

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**

                         **BY:**
                                              **Deputy Clerk**